McGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-266-03 WBS |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER |
| v. | |
| JOSHUA BILAL GEROGE, | DATE: April 13, 2020 TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. William B. Shubb |

**STIPULATION**

1.     On January 27, 2020, the Court held a status conference for the government and Defendant Joshua Bilal George ("the defendant") (collectively, "the parties"). Defense counsel requested briefing and hearing schedules for a discovery motion and one or more suppression motions. The government did not object to the proposed schedule. Accordingly, the Court ordered a hearing date of February 18, 2020, for the defendant's anticipated discovery motion and a hearing date of April 13, 2020, for the defendant's anticipated suppression motion, as well as briefing deadlines. ECF 101. The parties also requested exclusion of time under the Speedy Trial Act for the time period of January 27, 2020, through April 13, 2020, pursuant to at least Local Code T4. The Court found that an exclusion of time was appropriate and requested that the government prepare a stipulation and proposed order. *Id.*

2.     The parties agree and stipulate, and request that the Court find the following:

    a)     The government has represented that the discovery associated with this case

includes over 50 GB of electronic documents including well over 10,000 of pages of report on investigation, search warrant returns, subpoena returns, cellphone extractions, audio/video files, photographs, and bank/financial records. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desires additional time to review the current charges, review discovery, conduct research and investigation into the charges and alleged acts, consult with their clients, and otherwise prepare for trial. Counsel for defendant also desires additional time to brief and argue the above-described pretrial motions.

c) At this time, the defendant has no objection to Court's above-described hearing schedule and agrees that such a continuance and schedule are necessary for effective preparation as outlined below.

d) Counsel for defendant believe that the Court's briefing and hearing schedule will provide them reasonable time necessary for effective preparation and filing of pretrial motions, taking into account the exercise of due diligence.

e) The government does not object to above-described briefing and hearing schedule.

f) Based on the above-stated findings, the ends of justice served by continuing the case as described above outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 27, 2020, to April 13, 2020 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (h)(1)(D), and B(iv) [Local Codes E and T4] because it results from a continuance and pretrial motions schedule ordered by the Court and agreed to and requested by the defendant, and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 29, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ ROBERT J. ARTUZ
ROBERT J. ARTUZ
Special Assistant U.S. Attorney

Dated: January 29, 2020

/s/ JEREMY DELICINO (with permission)
JEREMY DELICINO
Counsel for Defendant
JOSHUA BILAL GEORGE

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: January 30, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE