Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON & OLMOS LLP
600 University Avenue
Palo Alto, CA 94301
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant
Joshua George

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES, | Case No.: 2:18-cr-00266-WBS |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO VACATE MOTION HEARING** |
| JOSHUA BILAL GEORGE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Robert Artuz, and Defendant Joshua George, through his undersigned counsel, that the February 18, 2020, hearing on an anticipated discovery motion to be filed by the defense be vacated.

At the January 27, 2020, status hearing, the defense informed the Court that it was meeting and conferring with the Government regarding discovery issues related to an anticipated motion to suppress. The Court set a February 18, 2020, hearing for an anticipated discovery motion, as well as an April 13, 2020, hearing on the motion to suppress. Following the status hearing, the parties continued to confer, and the defense now does not anticipate filing a discovery motion. Therefore, the February 18, 2020, hearing should be vacated. All other dates, including the April 13, 2020, hearing date and corresponding briefing schedule for the motion to suppress, should remain as set.

This Court has already ordered that time be excluded through April 13, 2020, pursuant to the Speedy Trial Act.

IT IS SO STIPULATED:

Dated: January 31, 2020

Jeremy M. Delecino LLC

/S/ Jeremy M. Delecino
Jeremy M. Delecino
Attorney for Defendant Joshua George

Dated: January 31, 2020

NOLAN BARTON & OLMOS LLP

/S/ Daniel B. Olmos
Daniel B. Olmos
Attorney for Defendant Joshua George

Dated: January 31, 2020

MCGREGOR W. SCOTT

United States Attorney

By: /S/ Robert Artuz
Robert Artuz
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSHUA BILAL GEORGE,<br><br>　　　　　Defendant. | Case No.: 2:18-cr-00266-WBS<br><br>**ORDER TO VACATE MOTION HEARING** |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the February 18, 2020, hearing on the anticipated defense discovery motion as to defendant Joshua Bilal George be VACATED. All other dates, including the April 13, 2020, hearing date and corresponding briefing schedule for the motion to suppress, will remain as set.

Dated:  February 7, 2020

　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE