Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON & OLMOS LLP
600 University Avenue
Palo Alto, CA 94301
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant
Joshua George

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>  Plaintiff,<br><br>  vs.<br><br>JOSHUA BILAL GEORGE, et al.,<br><br>  Defendants. | Case No.: 2:18-cr-00266-WBS<br><br>**STIPULATION AND ORDER TO VACATE MOTION HEARING** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Robert Artuz, and Defendant Joshua George, through his undersigned counsel, that the March 8, 2021, hearing on an anticipated discovery motion be vacated.

In a scheduling order dated November 16, 2020, the Court ordered *inter alia* that a hearing on any *Daubert* motions would take place on March 8, 2021. *See* Docket No. 141. No party has filed any *Daubert* motions, and thus the parties jointly request and stipulate that the March 8, 2021, hearing be vacated.

This Court has already ordered that time through the currently-scheduled April 6, 2021, jury trial date be excluded pursuant to the Speedy Trial Act.

//

//

IT IS SO STIPULATED:

Dated: March 1, 2021               Jeremy M. Delicino LLC

    /S/ Jeremy M. Delicino
Jeremy M. Delicino
Attorney for Defendant Joshua George

Dated: March 1, 2021               NOLAN BARTON & OLMOS LLP


    /S/ Daniel B. Olmos
Daniel B. Olmos
Attorney for Defendant Joshua George


Dated: March 1, 2021               PHILLIP A. TALBERT

Acting United States Attorney

By:  /S/ Robert Artuz
Robert Artuz
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>            Plaintiff,<br><br>   v.<br><br>JOSHUA BILAL GEORGE, et al.,<br><br>            Defendants. | Case No.: 2:18-cr-00266-WBS<br><br>**ORDER TO VACATE MOTION HEARING** |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the March 8, 2021, hearing on an anticipated *Daubert* motion be VACATED. All other dates will remain as set.

**Dated: March 2, 2021**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE