1

2

3

4

5

6

Daniel B. Olmos (SBN: 235319)
NOLAN BARTON & OLMOS, LLP
600 University Ave
Palo Alto, CA 94301
Tel: (650) 326-2980
Fax: (650) 326-9704
Email: dolmos@nbo.law

Counsel for Defendant
Joshua George

Jeremy Delicino (SBN: 296120)
JEREMY M. DELICINO LLC
550 West C Street, Suite 790
San Diego, CA 92101
Tel: (801) 364-6474
Fax: (801) 364-5014
Email: jeremy@jeremydelicino.com

7

8

9

10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

11

12

13

14

15

16

17

UNITED STATES,

                    Plaintiff,

        vs.

JOSHUA BILAL GEORGE, ET AL.,

                    Defendant.

Case No.: Case No. 18-CR-0266-WBS

**STIPULATION AND ORDER TO CONTINUE HEARING**

18

19

20

21

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Robert J. Artuz, and Defendant Joshua George, through undersigned counsel, that the August 23, 2021, hearing in this matter be continued to August 30, 2021 at 9:00 a.m.  The parties anticipate that a change of plea will occur at the hearing.

22

        Specifically, the parties agree and stipulate, and request that the Court find the following:

23

24

25

26

        a)   Counsel for defendant Daniel Olmos has been in trial in United States District Court for the Northern District of California, San Jose Division, in the matter *United States v. Chen, et al*., Case No. 17-CR-00603-BLF, since July 23, 2021. The jury is currently deliberating, but the court has left next week open in case it is necessary.

27

        b)   Defense counsel Jeremy Delicino and Defendant Joshua George reside in San Diego.

28

        c)   The government does not object to the continuance.

*United States v. George*; Case No. 18-CR-0266 WBS; Stipulation and Order to Continue Hearing

1

2

For the foregoing reasons, the parties stipulate to continue the hearing presently scheduled on

3

August 23, 2021 to August 30, 2021.

4

5

IT IS SO STIPULATED:

6

7

Dated: August 20, 2021                    NOLAN BARTON & OLMOS, LLP

8

          /s/ Daniel B. Olmos

9                                         Daniel B. Olmos
                                          Attorney for Defendant Joshua George
10

11

12    Dated: August 20, 2021              PHILLIP A. TALBERT
                                          Acting United States Attorney
13

                                          By:   /s/ Robert J. Artuz
14                                        Robert J. Artuz
                                          Assistant United States Attorney
15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

*United States v. George*; Case No. 18-CR-0266 WBS; Stipulation and Order to Continue Hearing

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiff, <br><br> v. <br><br> JOSHUA BILAL GEORGE, ET AL., <br><br> Defendant. | Case No.: 18-CR-0266-WBS <br><br> **ORDER TO CONTINUE HEARING** |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the August 23, 2021 hearing for Defendant Joshua George be continued to August 30, 2021 at 9:00 a.m. for a change of plea.

IT IS SO ORDERED.

Dated:  August 23, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

*United States v. George*; Case No. 18-CR-0266 WBS; Stipulation and Order to Continue Hearing