UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSHUA BILAL GEORGE, ET AL.,<br><br>　　　　　　Defendant. | Case No.: 2:18-cr-00266-WBS-3<br><br>**ORDER DENYING REQUEST TO APPEAR IN PERSON FOR SENTENCING HEARING** |

In General Order 614, the findings and authorizations of which have been extended by General Order 640, the Chief Judge has specifically found that felony sentencings generally cannot be conducted in person in this district without seriously jeopardizing public health and safety.  The Order allows for sentencing by videoconferencing under certain circumstances if the judge finds that the proceeding cannot be delayed without serious harm to the interests of justice, but makes no allowance for sentencings in person.  **This matter will therefore remain on the calendar for Zoom proceedings on January 24, 2022.**  At that time, the parties may elect to either proceed with the sentencing remotely or continue it to a date after March 28, 2022, when General Order 640 will expire.

　　　　　IT IS SO ORDERED.

Dated:  January 11, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

*United States v. George*; Case No. 2:18-cr-00266 WBS-3; Stipulation and Order