Daniel B. Olmos (SBN: 235319)
NOLAN BARTON & OLMOS, LLP
600 University Ave
Palo Alto, CA 94301
Tel: (650) 326-2980
Fax: (650) 326-9704
Email: dolmos@nbo.law

Jeremy Delicino (SBN: 296120)
JEREMY M. DELICINO LLC
550 West C Street, Suite 790
San Diego, CA 92101
Tel: (801) 364-6474
Fax: (801) 364-5014
Email: jeremy@jeremydelicino.com

Counsel for Defendant
Joshua George

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JOSHUA BILAL GEORGE, ET AL.,<br><br>　　　　　　Defendant. | Case No.: Case No. 18-CR-0266-WBS<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

　　　IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Robert J. Artuz, and Defendant Joshua George, through undersigned counsel, that the January 24, 2022, sentencing hearing in this matter be continued to April 4, 2022.  The parties further agree that Defendant's response to the formal objections to the Pre-Sentence Report submitted by the government is due no later than March 4, 2022.  The reason for the stipulated continuance of the hearing is to permit Mr. George to appear for his sentencing hearing in person pursuant to Federal Rule of Criminal Procedure 43(a).

　　　For the foregoing reasons, the parties stipulate to continue the sentencing hearing to April 4, 2022.

//

//

---

*United States v. George*; Case No. 18-CR-0266 WBS; Stipulation and Order to Continue Hearing

1  IT IS SO STIPULATED:

2

3  Dated: January 18, 2022                     JEREMY M. DELICINO LLC

4                                               /s/ *Jeremy M. Delicino*
                                               Jeremy M. Delicino
5                                              Attorney for Defendant Joshua George

6

7                                              NOLAN BARTON & OLMOS, LLP

8                                               /s/ *Daniel B. Olmos*
                                               Daniel B. Olmos
9                                              Attorney for Defendant Joshua George

10

11
   Dated: January 18, 2022                     PHILLIP A. TALBERT
12                                             Acting United States Attorney

13                                             By:   /s/ *Robert J. Artuz*
                                               Robert J. Artuz
14                                             Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

*United States v. George*; Case No. 18-CR-0266 WBS; Stipulation and Order to Continue Hearing

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES,<br><br>   Plaintiff,<br><br>   v.<br><br>JOSHUA BILAL GEORGE, ET AL.,<br><br>   Defendant. | Case No.: 18-CR-0266-WBS<br><br>**ORDER TO CONTINUE HEARING** |

   GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the sentencing hearing in this matter be continued to April 4, 2022 at 9:00 a.m. Defendant's response to the formal objections to the Pre-Sentence Report submitted by the government is due no later than March 4, 2022.

   IT IS SO ORDERED.

Dated: January 21, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

*United States v. George*; Case No. 18-CR-0266 WBS; Stipulation and Order to Continue Hearing