# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>            Plaintiff,<br><br>    v.<br><br>JOSHUA BILAL GEORGE, ET AL.,<br><br>            Defendant. | Case No.: 18-CR-0266-WBS<br><br>**ORDER TO APPEAR IN PERSON FOR SENTENCING HEARING** |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the sentencing date is continued to **July 18, 2022 at 9:00 a.m.** for sentencing to be held in person, in open court, unless otherwise ordered.

IT IS SO ORDERED.

Dated: March 30, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

*United States v. George*; Case No. 18-CR-0266 WBS; Stipulation and Order