Daniel Olmos, Esq., (SBN: 235319)



600 University Avenue
Palo Alto | CA | 94301
T 650.326.2980 | F 650.326.9704

Attorney for Defendant
JOSHUA GEORGE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>JOSHUA BILAL GEORGE,<br><br>   Defendant. | Case No.: Case No. 18-CR-0266-03 WBS<br><br>**APPLICATION TO FILE ATTACHMENT A TO DEFENDANT'S SENTENCING MEMORANDUM UNDER SEAL; ORDER** |

    Defendant Joshua George, by and through his attorney of record, Daniel Olmos, hereby submits this Application to File Attachment A to Defendant's Sentencing Memorandum Under Seal.

    The basis for sealing of such records is that Attachment A to defendant's Sentencing Memorandum contains confidential medical information pertaining to defendant.

    On August 15, 2022, Defendant's complete Sentencing Memorandum with Attachments A and B were provided to U.S. District Court Judge William B. Shubb and to Assistant United States Attorney Robert Artuz, via electronic mail.

Dated: August 15, 2022                    Respectfully submitted,

                                                        NOLAN BARTON & OLMOS, LLP

                                                       /s/   Daniel Olmos
                                                      Daniel Olmos
                                                      Attorney for Defendant Joshua George

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA BILAL GEORGE,<br><br>Defendant. | Case No.: Case No. 18-CR-0266-WBS<br><br>**ORDER GRANTING APPLICATION TO FILE ATTACHMENT A TO DEFENDANT'S SENTENCING MEMORANDUM UNDER SEAL** |

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the Application to file Attachment A to Defendant's Sentencing Memorandum under seal is granted.  Attachment A to Defendant's Sentencing Memorandum shall be filed under seal.

Dated:  August 16, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE