1 | Daniel Olmos, Esq., (SBN: 235319)



600 University Avenue
Palo Alto | CA | 94301
T 650.326.2980 | F 650.326.9704

Attorney for Defendant
JOSHUA GEORGE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: Case No. 18-CR-0266-WBS |
|---|---|
| Plaintiff, | **APPLICATION TO FILE ATTACHMENT A TO DEFENDANT'S REPLY TO GOVERNMENT'S SENTENCING MEMORANDUM UNDER SEAL; ORDER** |
| v. | |
| JOSHUA BILAL GEORGE, | |
| Defendant. | |

Defendant Joshua George, by and through his attorney of record, Daniel Olmos, hereby submits this Application to File Attachment A to Defendant's Reply to Government's Sentencing Memorandum Under Seal. The basis for the sealing of such records is that Attachment A to defendant's reply contains confidential medical information pertaining to defendant.

On August 18, 2022, Defendant's complete Reply to the Government's Sentencing Memorandum with Attachment A was provided to U.S. District Court Judge William B. Shubb and to Assistant United States Attorney Robert Artuz, via electronic mail.

Dated: August 18, 2022                    Respectfully submitted,

NOLAN BARTON & OLMOS, LLP

  /s/   Daniel Olmos
Daniel Olmos
Attorney for Defendant Joshua George

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOSHUA BILAL GEORGE,<br><br>　　　　　　Defendant. | Case No.: Case No. 18-CR-0266-WBS<br><br>**ORDER GRANTING APPLICATION TO FILE ATTACHMENT A TO DEFENDANT'S SENTENCING MEMORANDUM UNDER SEAL** |

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the Application to file Attachment A to Defendant's Sentencing Memorandum under seal is granted.  Attachment A to Defendant's Sentencing Memorandum shall be filed under seal.

Dated:  August 18, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE