PHILLIP A. TALBERT
United States Attorney
FRANK RIEBLI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00266-03 WBS |
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |
| v. | |
| JOSHUA BILAL GEORGE, | |
| Defendant. | |

The United States, by and through its counsel of record, and Defendant, by and through his counsel of record, hereby stipulate to a new briefing schedule in this matter.

Defendant filed a motion for compassionate release on December 22, 2022.  Docket No. 257.

Accordingly, the parties hereby stipulate and jointly request the Court modify the briefing schedule as follows:

1. The United States response to the Defendant's motion for compassionate release (Docket No. 257) be filed on or before January 11, 2023;

2. Defendant's reply, if any, be filed on or before January 18, 2023.

STIPULATION RE BRIEFING SCHEDULE       1

IT IS SO STIPULATED.

Dated:  January 4, 2023 PHILLIP A. TALBERT
United States Attorney

/s/ Frank Riebli
FRANK RIEBLI
Assistant United States Attorney

Dated:  January 4, 2023 /s/ Daniel Benjamin Olmos
DANIEL BENJAMIN OLMOS
Counsel for Defendant
JOSHUA BILAL GEORGE

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding:

a) The government's response to the Defendant's motion for compassionate release (Docket No. 257), is due on or before January 11, 2023;

b) The defendant's reply, if any, is due on January 18, 2023.

IT IS SO FOUND AND ORDERED.

Dated:  January 5, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE